**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 99-30148
Summary Calendar

_____

COREY WICKER,

                                    Plaintiff-Appellant,

VERSUS

FORD MOTOR COMPANY; et. al;

                                         Defendants,

FORD MOTOR COMPANY

                                    Defendant-Appellee.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(98-CV-166)
_____

August 9, 1999

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    The judgment of the District Court is AFFIRMED for essentially the reasons stated in the District Court's Order and Reasons dated January 20th, 1999.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.